An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

NICOLE D'ALONZO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
LINDA MARQUIS, DISTRICT JUDGE,
Respondents,
and
JASON FOREST,
Real Party in Interest.

No. 69172

FILED

NOV 18 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus or prohibition challenges a district court decision holding petitioner in contempt. Because "[n]o rule or statute authorizes an appeal from an order of contempt," we have held that "contempt orders must be challenged by an original petition pursuant to NRS Chapter 34." *Pengilly v. Rancho Santa Fe Homeowners Ass'n*, 116 Nev. 646, 649, 6 P.3d 569, 571 (2000). Nonetheless, whether to consider a petition for a writ of mandamus or prohibition rests entirely within this court's discretion. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Petitioner bears the burden of demonstrating that extraordinary relief is warranted and providing the information and documentation necessary to a proper evaluation of the petition. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228-29, 88 P.3d 840, 844 (2004); *see also* NRAP 21(a). Here, petitioner challenges a contempt order purportedly entered on November 12, 2015, following hearings on August 18, 2015, and November 12, 2015. But petitioner has not provided this court with a written order holding her

SUPREME COURT
OF
NEVADA

(O) 1947A

15-35192

in contempt, transcripts of the two relevant hearings, or the relevant pleadings, making it impossible for this court to evaluate the petition's merits. Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Linda Marquis, District Judge, Family Court Division
       David L. Mann
       Jason Forest
       Eighth District Court Clerk